**Order filed March 20, 2015**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-14-00364-CV**

_____

## IN THE INTEREST OF D.L. AND B.L., CHILDREN

**On Appeal from the 220th District Court**

**Comanche County, Texas**

**Trial Court Cause No. FM 11813**

## O R D E R

On March 12, 2015, this court issued an opinion and judgment in which we dismissed this appeal based upon Appellant's failure to pay the required filing fee.[1] Also on March 12, 2015, but after our opinion and judgment were issued, we received a letter from Appellant that was dated March 5, 2015. In the letter, Appellant requested, among other things, "a further exten[s]ion." Appellant noted that two of the letters from this court had been delayed or sent to the wrong

_____

[1] We note, as we did in our March 12 opinion, that the trial court has determined that Appellant is not indigent.

address. We filed Appellant's March 12 letter as a motion for rehearing in this court.

Having considered Appellant's complaints regarding his untimely receipt of this court's February 13 letter, we are granting Appellant a further extension of time to pay the filing fee. The $195 filing fee is due in this court on or before **April 9, 2015**. If the filing fee is paid on or before April 9, 2015, this court will withdraw its March 12 opinion and judgment and will reinstate the appeal.

PER CURIAM

March 20, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.